# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ARTHUR CAPORALE,

    Petitioner,

v.                              Case No: 8:15-cv-958-T-30MAP

RAYMOND JAMES & ASSOCIATES, INC.,

    Respondent.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record